# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

   **v.**                                        Case No. 14-CR-114

**ROBYN TOTTON**
        **Defendant.**

## ORDER

**IT IS ORDERED** that an amended judgment issue correcting the AUSA's name. Fed. R. Crim. P. 36.

Dated at Milwaukee, Wisconsin, this 20th day of October, 2014.

                                          /s Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge